```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :
              -v-                   :      23-cr-440 (MKV)
                                    :
Jose De Jesus Reyes,                :          ORDER
                       Defendant.   :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2023

Mary Kay Vyskocil, District Judge:

At the request of counsel for the defendant and with the consent of the Government, it is hereby

ORDERED that the sentencing scheduled for **December 11th, 2023** is adjourned to **January 10th 2024** at **11am**.

IT IS FURTHER ORDERED that defense submissions shall be due **November 27th** and the Government's response shall be due **December 4th** .

SO ORDERED:

Dated:   New York, New York
         **September 26, 2023**

_____
Mary Kay Vyskocil
United States District Judge