```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-     23-cr-440 (MKV)

JOSE DE JESUS REYES,     **ORDER**

Defendant.

MARY KAY VYSKOCIL, United States District Judge:

In an Order dated September 26, 2023, the Court directed Defendant to submit his sentencing materials on or before November 27, 2023. [*See* ECF No. 16.] Defendant failed to submit his sentencing materials by that date, or to otherwise request an extension of time to do so.

Given defense counsel's blatant and unexplained failure to comply with an Order of this Court, the sentencing in this matter previously scheduled for January 10, 2024 is ADJOURNED to January 24, 2024 at 11:00 AM. The parties shall submit their sentencing materials in compliance with this Individual Rule of Practice in Criminal Cases 6.B. **Failure to comply with this Order may result in monetary sanctions, including on counsel personally.**

**SO ORDERED.**

Date: December 5, 2023          **MARY KAY VYSKOCIL**
      New York, NY              **United States District Judge**